## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE STEVEN M. GOLD**    DATE : __12/13/10__

DOCKET NUMBER: __10 CR 921 (ERK)__   LOG # : __11:24 – 11:27__

DEFENDANT'S NAME : __LUVMAN ALLISON__
  ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL : __OLGA ARANDIA__
  ___ Federal Defender    ___ CJA    ✓ Retained

A.U.S.A: __CELIA COHEN__    DEPUTY CLERK : __SM YUEN__

INTERPRETER : _____ (Language) _____

_____ Hearing held.   _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start_____   Stop_____

✓ Order of Speedy Trial entered.   Code Type___   Start __12/13__   Stop __1/14/11__

___ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for __1/14/11__ @ __11am__ before Judge __Korman__.

OTHERS : _____